```
UNITED STATES DISTRICT COURT                    ORIGINAL
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -x
                                      :
UNITED STATES OF AMERICA              :        INFORMATION
                                      :
           - v. -                     :        10 Cr. 1065
                                      :
FERNANDO RODRIGUEZ,                   :
     a/k/a "Nando,"                   :
AMY ALBEE,                            :
                                      :
                Defendants.           :
                                      :
- - - - - - - - - - - - - - - - - - -x
```

## COUNT ONE

The United States Attorney charges:

1. On or about July 4, 2010, in the Southern District of New York and elsewhere, FERNANDO RODRIGUEZ, a/k/a "Nando," and AMY ALBEE, the defendants, and others known and unknown, unlawfully, intentionally, and knowingly did combine, conspire, confederate, and agree together and with each other to violate the narcotics laws of the United States.

2. It was a part and an object of the conspiracy that FERNANDO RODRIGUEZ, a/k/a "Nando," and AMY ALBEE, the defendants, and others known and unknown, would and did distribute and possess with intent to distribute controlled substances, in violation of 21 U.S.C. § 841(a)(1).

3. The controlled substances involved in the offense were: (a) 500 grams and more of mixtures and substances containing a detectable amount of cocaine, in violation of 21 U.S.C. § 841(b)(1)(B); and (b) mixtures and substances containing

a detectable amount of heroin, in violation of 21 U.S.C. § 841(b)(1)(C).

OVERT ACT

4. In furtherance of the conspiracy and to effect the illegal object thereof, the following overt act, among others, was committed in the Southern District of New York:

a. On or about July 4, 2010, FERNANDO RODRIGUEZ, a/k/a "Nando," and AMY ALBEE, the defendants, possessed heroin and cocaine in the vicinity of Lakeside Road, in the Town of Newburgh, New York.

(Title 21, United States Code, Section 846.)

COUNT TWO

The United States Attorney further charges:

5. On or about July 4, 2010, in the Southern District of New York, FERNANDO RODRIGUEZ, a/k/a "Nando," the defendant, having been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, to wit, a conviction on or about July 1, 1996, in the United States District Court for the District of New Jersey, of conspiring to distribute and to possess with intent to distribute heroin, a felony, unlawfully, willfully, and knowingly did possess in and affecting commerce a firearm, to wit, a New England Firearms 12-gauge shotgun, which

previously had been shipped and transported in interstate and foreign commerce.

(Title 18, United States Code, Section 922(g)(1).)

*[signature]*
PREET BHARARA
United States Attorney